# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROGER WILSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>U.S. GOV'T, )<br>)<br>Defendant, ) | Civ. A. No. 17-01467<br>Judge Nora Barry Fischer<br>Magistrate Judge Cynthia Reed Eddy |

## MEMORANDUM ORDER

AND NOW, this 17th day of April, 2018, after *pro se* Plaintiff Roger Wilson filed an Amended Complaint on January 8, 2018 against the U.S. Gov't seeking $100 billion in damages, claiming that he was wrongfully incarcerated between 2007 to 2008, (Docket No. [9]), Defendant filed a motion to dismiss and supporting brief, (Docket Nos. [12], [13]), and Plaintiff filed numerous responses to same, (Docket Nos. [15], [21], [22], [26]), and after a Report and Recommendation was filed by the United States Magistrate Judge on April 9, 2018, (Docket No. [46]), recommending that such Motion be granted and that the Amended Complaint be dismissed, with prejudice, and granting the parties leave to file written objections thereto within 14 days, and Plaintiff having filed objections on April 13, 2018, (Docket No. [47]), and after conducting a de novo review upon an independent review of the record,

IT IS HEREBY ORDERED that the Report and Recommendation [46] is adopted as the Opinion of this Court;

IT IS FURTHER ORDERED that Plaintiff's Objections [47] are OVERRULED as they are without merit;

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss [12] is

GRANTED, for the reasons stated in said Opinion;

IT IS FURTHER ORDERED that Plaintiff's Amended Complaint [9] is DISMISSED, with prejudice;

IT IS FURTHER ORDERED that Plaintiff's separately filed Motion to Make Sure the Judge and A/G are Clear on the Law [41] and Motion to Enforce Law for a Default Ruling [42] are DENIED;

FINALLY, IT IS ORDERED that the Clerk of Court shall mark this case CLOSED.

*s/Nora Barry Fischer*
Nora Barry Fischer
U.S. District Judge

cc/ecf: All counsel of record